UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

-------------------------------------------------------x

DANIEL TODD,              :

                       :      CASE NO.: 1:25-cv-00047

                       :

        Plaintiff,      :      Judge: Hon. Drell

vs.                   :

                       :      Magistrate: Hon. Perez-Montes

SECURITY SPORTING GOODS, INC.,  :

                       :

        Defendant.    :

-------------------------------------------------------x

## **ORDER**

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff are hereby **DISMISSED,**

with prejudice, against the Defendant without fees or costs to any party against any other.

ALEXANDRIA, LOUISIANA, this _16_ day of September 2025.

_____

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**